HELEN E. GRANT, Appellant, *v.* ABRAHAM ZIPERN et al., Copartners under the Firm Name of A. ZIPERN AND I. ROBINS, Respondents, Impleaded with Another.

(Argued June 3, 1932; decided June 21, 1932.)

*William Dike Reed, Orrin Clark, Paul T. Kammerer, Jr.,* and *Robert C. Moore* for appellant.

*Theodore H. Lord, James B. Henney* and *Daniel R. Harvey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.